***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

# ***NOTICE***

***UNITED STATES OF AMERICA***

***v.*** ***CR05-49ML***

***WAYNE SHELTON***

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND***

***TYPE OF PROCEEDING:*** ***STATUS CONFERENCE***

***PLACE:*** ***MAGISTRATE JUDGE LINCOLN D. ALMOND'S CHAMBERS***

***DATE:*** ***SEPTEMBER 6, 2005***

***TIME:*** ***11:00 A.M.***

*David A. DiMarzio, Clerk of Court*

Jeannine Theall

Jeannine Theall
Deputy Clerk
Date: August 23, 2005

**NOTICE SENT TO:** **ROSE, MURPHY**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.