**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-49ML** **DATE: September 6, 2005**

**TITLE: USA v. WAYNE SHELTON**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Richard Rose, AUSA
William T. Murphy, Esq.
Charleen Tryhubczak, Pretrial Services

**PROCEEDINGS:**

Competency Hearing and Arraignment:

Deft Counsel addresses the Court.
Represents that Deft is competent.
Court finds Deft to be competent.
Written report to be forwarded to the Court.
Order by the Court to follow.
Deft informed by Court of charge and rights.
Deft understands charge and rights.
Deft pleads not guilty.
Deft waives reading of indictment.
Arraignment order entered.
Deft held at ACI.
Govt requests detention.
No argument.
Deft remanded to custody.