# *UNITED STATES DISTRICT COURT*
*for the*
*District of Rhode Island*

RECEIVED
AUG 24 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

*Case NO. CR05-49ML*

*To: WARDEN*
*ACI*
*CRANSTON, RI*

YOU ARE HEREBY COMMANDED, to have the **body** of **WAYNE SHELTON**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:00 o'clock a.m.**, on the **6th** day of **September, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: August 24, 2005.

David A. DiMarzio, Clerk

ARRAIGNMENT

*by* *Jeannine Theall - Deputy Clerk*