**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
VS. ) CR 05 – 49 ML
)
WAYNE S. SHELTON )

**NOTICE OF INSANITY DEFENSE**

Pursuant to 18 U.S.C. § 17, and F. R. Cr. P. 12.2, Defendant hereby gives notice of his intent to offer a defense of insanity.

Dated: October 5, 2005

Respectfully submitted,

William T. Murphy
Counsel for Defendant by appointment
William T. Murphy Law Offices, Inc.
312 Turks Head Building
Providence, RI 02903
Tel: 401-459-6700
Fax: 401-751-5931

**CERTIFICATION**

I certify that on 10/5/05 I served a copy of the above on counsel for the Government, AUSA Richard Rose, by hand delivery, or regular mail, or fax delivery, or electronic delivery.