**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
VS. ) CR 05 – 49 ML
)
WAYNE S. SHELTON )

**DEFENDANT'S MOTION TO CONTINUE TRIAL AND EMPANELMENT**

Defendant respectfully moves the Court for orders continuing the trial ad the empanelment of this case from the schedule of cases to be tried commencing on October 18.

The grounds for the requested relief, as more fully set forth in the annexed Memorandum, are that the Defendant has asserted defenses of both insanity and mental deficiency, that he is indigent, that the Defendant within the time set forth in the arraignment order has moved for the appointment of Ronald M. Stewart, MD, as a defense expert witness to examine and testify on the Defendant's behalf, that the Court needs time to act on the motion for appointment and that Dr. Stewart needs reasonable time to formulate his opinions regarding these asserted defenses.

Wherefore, Defendant moves the Court to grant the requested relief and all other relief justice requires.

Dated: October 7, 2005

Respectfully submitted,

William T. Murphy (Reg. No 1201)
William T. Murphy Law Offices, Inc.
312 Turks Head Building
Providence, RI 02903
Tel: 401-459-6700; Fax: 401-751-5931
Email: wtm@wtmurphy.com

Certificate of Service

I, the undersigned, certify that on October 7, 2005 I served a copy of the above upon the Office of the United States Attorney by regular mail/ hand delivery/ fax transmission.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
VS. ) CR 05 – 49 ML
)
WAYNE S. SHELTON )

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE TRIAL AND EMPANELMENT**

Within the time set by the arraignment order (on or before close of business on October 7), the Defendant has given notice of his intent to assert both the insanity defense and a defense of mental deficiency and has also moved for the appointment of an expert witness and examiner under the Criminal Justice Act. The motion for appointment can be granted *ex parte*, but Defendant has nonetheless given the Government notice.

It is impossible to prepare and assert the mental health defenses before October 18, and Defendant respectfully moves the Court to continue trial and empanelment at least until mid November.

Dated: October 7, 2005

Respectfully submitted,

William T. Murphy (Reg. No 1201)
William T. Murphy Law Offices, Inc.
312 Turks Head Building
Providence, RI 02903
Tel: 401-459-6700; Fax: 401-751-5931
Email: wtm@wtmurphy.com

Certificate of Service

I, the undersigned, certify that on October 7, 2005 I served a copy of the above upon the Office of the United States Attorney by regular mail/ hand delivery/ fax transmission.