**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR 05 – 49 ML |
| | ) | |
| WAYNE S. SHELTON | ) | |

**DEFENDANT'S MOTION FOR APPOINTMENT OF EXPERT EXAMINER AND WITNESS**

Defendant respectfully moves the Court pursuant to 18. U.S.C. §3006(e) for an order authorizing counsel assigned under the Criminal Justice Act to retain Ronald Mark Stewart, M.D., a forensic psychiatrist experienced in criminal proceedings, to examine the Defendant and to provide expert testimony with respect to the defense of insanity and with respect to evidence of a mental disease or defect.

The grounds for the requested relief are that this Court has previously found the Defendant to be indigent, that the Defendant has a history of mental conditions and abusive treatment, that this Court has previously ordered two hospitalizations to determine the Defendant's competency to stand trial, and that Dr. Stewart has already examined the Defendant with respect to competency and found him to be competent.

A memorandum is submitted in support of this Motion.

Dated: October 6, 2005

Respectfully submitted,

William T. Murphy (Reg. No 1201)
William T. Murphy Law Offices, Inc.
312 Turks Head Building
Providence, RI 02903
Tel: 401-459-6700; Fax: 401-751-5931
Email: wtm@wtmurphy.com

Certificate of Service

I, the undersigned, certify that on October 6, 2005 I served a copy of the above upon the Office of the United States Attorney by regular mail/ hand delivery/ fax transmission.

W T Murphy

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
VS. ) CR 05 – 49 ML
)
WAYNE S. SHELTON )

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR APPOINTMENT OF EXPERT EXAMINER AND WITNESS**

At his initial appearance, the Defendant exhibited bizarre behavior raising questions in his counsel's mind regarding competency. The behavior included the Defendant's placing his face so close to the table top that his nose almost touched it while he constantly traced circles on the table top. This conduct was evident to all in the courtroom. Upon a written motion which quickly followed, Magistrate Judge Martin ordered a competency examination.

On October 14, 2004, William J. Ryan, Ph.D., a psychologist at the Metropolitan Correction Center in New York, rendered his report that Defendant was competent to stand trial. Within that report, however, he made the following observations and recorded the following impressions.

With respect to the implications of the results of testing with the Minnesota Multiphasic Personality Inventory – 2, Dr. Ryan opined: "His scores represent more pathology than is seen in 99% of the general population. Such severe pathology would substantially impair his ability to function in even simple tasks, would require a much higher level of institutional supervision than that generally provided at MCC, and would be readily apparent to the casual observer." (Report entitled "Competency to Stand Trial Evaluation", dated October 14, 2004, page 4 under heading "Psychological Assessment.")

Under the heading "Clinical Impressions, Opinions and Recommendations", Dr. Ryan commented: "...it is the opinion of this evaluator that Mr. Shelton currently does present with Mental Diseases under the law, including Major Depressive Disorder, recurrent, severe with psychotic features, Dissociative Disorder NOS, and Post Traumatic Stress ." (*Id.*, p. 8)

Finally, on Axis 5 of the multiracial diagnosis, Dr. Ryan assessed the Defendant's global functioning at a level 35. According to the *DSM-IV*, someone who functions at level 35 experiences "Some impairment in reality testing or communication (e.g., speech is at times illogical, obscure or irrelevant) or major impairment in several areas, such as

work or school, family relations, judgment, thinking or mood (e.g., depressed man avoids friends, neglects family, and is unable to work; child frequently beats up younger children, is defiant at home, and is failing in school)." (DSM-IV, p 32)

Because Dr. Ryan found the Defendant competent despite these findings, the Magistrate Judge ordered further evaluation. The report of Richard I. Frederick, Ph. D., a forensic psychologist Medical Facility for Federal Prisoners in Springfield, Missouri also found that the Defendant was competent but further opined, essentially, that the Defendant was faking his signs and symptoms.

Defendant moved for yet another examination by an expert of his own choosing, Ronald Mark Stewart, MD. Magistrate Judge Martin recused himself, apparently because of his professional relationship with Dr. Stewart while Magistrate Judge Martin was an active criminal defense lawyer. Magistrate Judge Almond succeeded him, and the Court granted the motion for appointment.

The Defendant then underwent periodic interviews by Dr. Stewart. While concluding that the Defendant was competent, Dr. Stewart has orally opined that the Defendant has serious mental issues. These bear both upon his understanding "to appreciate the nature and quality or the wrongfulness of his acts" (the insanity defense under 18 USC § 17) and upon his ability to form the necessary intent to have had the required *mens rea.* Dr. Stewart needs further to examine the Defendant to form opinions with the necessary certainty or, alternatively, to conclude that he cannot form opinions supporting either defense.

The Defendant has filed notices of the insanity defense under F.R. Cr. P. 12.2(a) and of his intent to offer expert evidence relating to a mental disease or defect or other mental condition bearing upon the issue of guilt under F. R. Cr. P. 12.2(b). He has done so to comply with the requirements of the arraignment order. It might happen that the Defendant will move to withdraw one or the other of these notices.

The Defendant needs appointment of Dr. Stewart to prepare these defenses. He has qualified under the Criminal Justice Act. Defendant respectfully urges the Court to grant the requested relief.

Dated: October ~~7~~ 6, 2005

Respectfully submitted,

William T. Murphy

William T. Murphy (Reg. No 1201)
William T. Murphy Law Offices, Inc.
312 Turks Head Building
Providence, RI 02903
Tel: 401-459-6700; Fax: 401-751-5931
Email: wtm@wtmurphy.com

Certificate of Service

I, the undersigned, certify that on October 4, 2005 I served a copy of the above upon the Office of the United States Attorney by regular mail/ hand delivery/ fax transmission.

[signature]