**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
VS. ) CR 05 – 49 ML
)
WAYNE S. SHELTON )

## NOTICE OF EXPERT EVIDENCE OF A MENTAL CONDITION

Pursuant to F. R. Cr. P. 12.2 (B), Defendant hereby gives notice of his intent to offer expert evidence relating to a mental disease or defect bearing on the issue of guilt.

Dated: October ~~7~~ 5, 2005

Respectfully submitted,

William T. Murphy

William T. Murphy
Counsel for Defendant by appointment
William T. Murphy Law Offices, Inc.
312 Turks Head Building
Providence, RI 02903
Tel: 401-459-6700
Fax: 401-751-5931

## CERTIFICATION

I certify that on October ~~7~~ 5, 2005 I served a copy of the above on counsel for the Government, AUSA Richard Rose, by hand delivery, or regular mail, or fax delivery, or electronic delivery.

W T Murphy