**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR 05 – 49 ML |
| | ) | |
| WAYNE S. SHELTON | ) | |

**DEFENDANT'S MOTION TO SUPPRESS STATEMENTS**

Defendant respectfully moves the Court to suppress any post arrest statements made to officers.

The grounds for the requested relief are that the Defendant lacked the mental capacity to make a knowing and intelligent waiver of this right to counsel and his right to remain silent.

A memorandum is submitted in support of this Motion.

Dated: October 7, 2005

Respectfully submitted,

William T. Murphy (Reg. No 1201)
William T. Murphy Law Offices, Inc.
312 Turks Head Building
Providence, RI 02903
Tel: 401-459-6700; Fax: 401-751-5931
Email: wtm@wtmurphy.com

Certificate of Service

I, the undersigned, certify that on October 7, 2005 I served a copy of the above upon the Office of the United States Attorney by regular mail/ hand delivery/ fax transmission.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
VS. ) CR 05 – 49 ML
)
WAYNE S. SHELTON )

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS STATEMENTS**

Defendant has moved the Court to suppress any post arrest statements made to officers.

The discovery package provided by the Government does not contain a memorandum of an interview. It does contain an executed waiver of rights. If in fact there is a recorded or memorialized statement, the Defendant moves to suppress it.

Dated: October 7, 2005

Respectfully submitted,

William T. Murphy (Reg. No 1201)
William T. Murphy Law Offices, Inc.
312 Turks Head Building
Providence, RI 02903
Tel: 401-459-6700; Fax: 401-751-5931
Email: wtm@wtmurphy.com

Certificate of Service

I, the undersigned, certify that on October 7, 2005 I served a copy of the above upon the Office of the United States Attorney by regular mail/ hand delivery/ fax transmission.