UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR NO. 05-049-ML |
| | : | |
| WAYNE S. SHELTON | : | |

**GOVERNMENT'S MOTION TO COMPEL**

The United States moves for production of the mental evaluation performed by Ronald M. Stewart, M.D. for the reasons stated in the attached memorandum of law.

Respectfully submitted,
UNITED STATES OF AMERICA

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on ~~the day of~~ October 6, 2005 I sent a true copy of the United States' Motion to Compel to:

William T. Murphy, Esq.
William T. Murphy Law Offices, Inc.
312 Turks Head Building
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CR NO. 05-049-ML |
| | : | |
| WAYNE S. SHELTON | : | |

**GOVERNMENT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL**

On September 6, 2005, a second competency hearing was held in this case before the Honorable Magistrate Judge Lincoln D. Almond. Counsel for the defendant represented that a written copy of an evaluation performed by Dr. Ronald M. Stewart was not available at that time and then went on to represent to the Court the expected content of Dr. Stewart's findings. Magistrate Judge Almond accepted those representations and found the defendant competent to stand trial. The Government, (and the Court) have yet to receive a copy of Dr. Stewart's report.

On October 5, 2005, the Government received a notice of insanity defense filed by the defendant pursuant to Rule 17 and Federal Rule of Criminal Procedure 12.2. Because all previous medical evaluations are potentially relevant to this case, and because he has been directed to do so, the Government respectfully requests that this Court grant its motion compelling

the production of Dr. Stewart's report by a date certain or, in the alternative, to issue a Show Cause order to Dr. Stewart.

Respectfully submitted,
UNITED STATES OF AMERICA

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on ~~the day of~~ October 6, 2005 I sent a true copy of the United States' Memorandum of Law in Support of Its Motion to Compel to:

William T. Murphy, Esq.
William T. Murphy Law Offices, Inc.
312 Turks Head Building
Providence, RI 0290