UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 05-049 ML

WAYNE S. SHELTON

ORDER

This matter is before the Court on several motions filed by the defendant and a Motion to Compel filed by the government. The Court met with counsel in conference to discuss pretrial matters. Having heard the concerns of both defendant and the government, the Court makes the following orders:

1. Defendant's Motion to Continue Trial and Empanelment is GRANTED. This case will be placed on the Court's December, 2005 trial list;

2. Defendant's Motion for Appointment of Expert Witness is GRANTED. Defendant's counsel is hereby authorized to engage Ronald M. Stewart, M.D. to examine defendant and provide expert testimony with respect to the defense of insanity. This authorization to retain Doctor Stewart is subject to the $1600 limit of the Criminal Justice Act.

3. The Government's Motion to Compel is GRANTED to the extent that defendant intends to offer a defense of insanity at trial. Defendant shall provide the government with a copy of any and all written reports prepared by Doctor Stewart on or before December 1, 2005. If defendant elects not to proceed with an insanity defense, he shall so notify the government in writing on or before December 1, 2005.

4. The government's response to defendant's Motion to Suppress Statements shall be filed on or before December 15, 2005, unless the government seeks and is granted an extension to respond beyond that date by the Court.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
October 11, 2005