**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
VS. ) CR 05 – 49 ML
)
WAYNE S. SHELTON )

**DEFENDANT'S MOTION TO CONTINUE TRIAL TO THE JANARY 2006 TRIAL CALENDAR AND TO EXTEND DEADLINES**

Defendant Wayne S. Shelton, by counsel, respectfully moves the Court for an order (i) continuing the trial of this action from the December 2005 calendar to the Januay 2006 calendar and (ii) extending the deadlines for disclosure and the pretrial memorandum. The case is currently scheduled to empanel on December 7, and the Court has scheduled a final pretrial conference for December 6. The pretrial memorandum is due November 30. The grounds for the requested relief, and the reason the Court should grant the motion are as follows:

1. Defendant's defense to the indictment is his insanity at the time of the alleged robbery. Defendant's expert's report is currently due on December 1. The Government's response is due on December 15.

2. Defendant's court appointed expert, Ronald M. Stewart, MD, has orally opined to counsel that Defendant suffers from schizophrenia. Records of Defendant's residence at St. Aloysius Home have revealed a history of family treatment for schizophrenia. The presence of a family history of schizophrenia, the Defendant's auditory hallucinations, and certain other factors strongly suggest that Defendant suffers from schizophrenia and was unable to appreciate the wrongfulness of his act and to conform his conduct to the law at the time of the alleged robbery.

3. The Defendant's records at St. Aloysius Home also indicate a history of treatment at The Providence Center, a community mental health center. Efforts are in progress to obtain the medical records of The Providence Center regarding Mr. Shelton. Those records might be highly probative of Defendant's insanity defense.

4. Dr. Stewart's report is due to the Government on December 1. Unfortunately, Dr. Stewart has been sick with the flu (or a similar illness) and been unable to work for the past ten days.

5. Defense counsel returned to Rhode Island on December 9 after a fourteen hour flight. Counsel managed to contract the flu (or a similar illness) during that journey with the result that counsel was confined to home from November 11 through November 18.

6. The combination of events set forth in paragraphs 3 through 5 have delayed the Defendant's preparation for trial by between two and three weeks. At this point, it is impossible to state with particularity either the identity of witnesses whom the Defense will proffer or the identity of documentary evidence which the Defendant will offer.

7. The Defendant has conferred with the Government regarding this motion and represents the Government has no objection to the relief requested.

8. The extensions of time requested are to be deemed excludable under the Speedy Trial Act.

Wherefore, Defendant respectfully moves the Court for an order granting the following relief and all other relief justice requires:

1. Continuing the trial of this action to the January 2006 calendar.

2. Extending the date by which the Defendant must submit his pretrial memorandum and his expert's report from November 30 and December 1 respectively to December 19.

3. Extending the time within which the Government may respond January 2, 2006.

4. Continuing the pretrial conference and empanelment to dates determined by the Court.

Dated: November 28, 2005

Respectfully submitted,

William T. Murphy (Reg. No 1201)
William T. Murphy Law Offices, Inc.
312 Turks Head Building
Providence, RI 02903
Tel: 401-459-6700; Fax: 401-751-5931
Email:

<u>Certificate of Service</u>

I, the undersigned, certify that on November 28, 2005 I served a copy of the above upon the Office of the United States Attorney by regular mail/ ~~hand delivery~~/ fax transmission.

W T Murphy