**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
VS. ) CR 05 – 49 ML
)
WAYNE S. SHELTON )

**MOTION TO WAIVE JURY TRIAL**

Defendant respectfully moves the Court to waive trial by jury and to be tried by the Court upon the indictment.

The grounds for the motion are more fully set forth in the Pretrial Memorandum filed simultaneously herewith.

Dated: January 2, 2006

Respectfully submitted,

William T. Murphy (Reg. No 1201)
William T. Murphy Law Offices, Inc.
312 Turks Head Building
Providence, RI 02903
Tel: 401-459-6700; Fax: 401-751-5931
Email: wtm@wtmurphy.com

Certificate of Service

I, the undersigned, certify that on January 2, 2006 I served a copy of the above upon the Office of the United States Attorney by regular mail/ hand delivery/ fax transmission.