**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
VS. ) CR 05 – 49 ML
)
WAYNE S. SHELTON )

**MOTION TO FILE**
**MOTION TO WAIVE JURY TRIAL**
**OUT OF TIME**

Defendant respectfully moves the Court for an order permitting him to file a Motion to Waive Jury Trial out of time. The grounds for the requested relief, as more fully set forth in the annexed Memorandum (which is incorporated by reference) are that the basis for the Motion to Waive did not exist until December 18, 2005.

Wherefore, Defendant respectfully move the Court to grant the requested relief and all other relief justice requires.

Dated: January 12, 2006

Respectfully submitted,

William T. Murphy (Reg. No 1201)
William T. Murphy Law Offices, Inc.
312 Turks Head Building
PO Box 9623
Providence, RI 02940-9623
Tel: 401-459-6700; Fax: 401-751-5931
Email:

Certificate of Service

I, the undersigned, certify that on January 12, 2006 I served a copy of the above and of the supporting memorandum upon the Office of the United States Attorney by regular mail/ hand delivery/ fax transmission.

Granted. Defendant shall file his Motion to Waive Jury Trial on or before January 20, 2006. Mary M. Lisi USDJ 1/17/06