UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 05-049 ML

WAYNE S. SHELTON

## WAIVER OF TRIAL BY JURY

I acknowledge that I was fully informed of my right to trial by jury in this cause. I hereby waive that right, request the court to try all issues of fact and law without a jury, and waive my right to special findings.

Dated at Providence, this 31st day of January, 2006.

Wayne Shelton
Defendant

APPROVED:

William T. Murphy
Attorney for Defendant

The United States of America consents to the defendant's waiver of a jury trial and waives its right to request special findings.

[signature]
Assistant U.S. Attorney

I find that the defendant has knowingly and voluntarily waived the right to a jury trial, and I approve the waiver.

Mary M. Lisi
United States District Judge 1/31/06