UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 05-049ML

WAYNE S. SHELTON

ORDER

Upon oral motion by the government at completion of bench trial in this matter, the Court GRANTS the government's motion to retain custody of the following trial exhibit: #2 - Daisy Pellet Gun, Serial No. 4D03434.

SO ORDERED:

Mary M. Lisi
United States District Judge
Date: **February 28, 2006**