**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. CR 05-049ML

WAYNE S. SHELTON

**RETURN RECEIPT FOR EXHIBIT**

**Government's Exhibits:** **(re: Bench Trial, February, 2006)**

**#2: Daisy Pellet Gun, Serial No. 4D03434**

Received by: DET. David M. Abbott #8052
DAVID M. ABBOTT

Date: February 28, 2006

Deputy Clerk