**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
VS. ) CR 05 – 49 ML
)
WAYNE S. SHELTON )

**NOTICE OF APPEAL**

The Defendant Wayne Shelton appeals from the judgment of the Court dated June 22, 2006.

Dated: 6/23/06

Respectfully submitted,

William T. Murphy (Reg. No 1201)
Counsel for Defendant by Appointment
William T. Murphy Law Offices, Inc.
312 Turks Head Building
PO Box 9623
Providence, RI 02940-9623
Tel: 401-459-6700; Fax: 401-751-5931
Email: wtm@wtmurphy.com

Certificate of Service

I, the undersigned, certify that on 6/23/06 I served a copy of the above and of the supporting memorandum upon the Office of the United States Attorney by regular mail/ hand delivery/ fax transmission.