UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

June 26, 2006

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 05-049ML

**CCA#** 06-1979

USA v. Wayne S. Shelton

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By________________
***John Duhamel***
Deputy Clerk

Encl.: **Case File, incl. Original Transcripts (Doc. Nos. 67 & 70); Statement of Reasons [sealed]; PSR [sealed]**