05-00049
USDCRI
Judge Lisi

# United States Court of Appeals
## For the First Circuit

No. 06-1979

UNITED STATES OF AMERICA,

Appellee,

MANDATE

v.

WAYNE SHELTON,

Defendant, Appellant.

**JUDGMENT**

Entered: June 15, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the United States District Court for the district of Rhode Island is affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/11/07

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Fox and Mr. Lockhart.]