***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

*USA*

*v.* *CR 05-049ML*

*Wayne Shelton*

## *EXHIBITS RECEIPT*

*Government's Exhibits re: February, 2006, Bench Trial*

*Signed:* R. Darell Steele Libana M. Steele
*Acknowledgment of Receipt of Above-Referenced Exhibits*

*Date:* 7/16/07

*Deputy Clerk*