AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

USA
V.
WAYNE SHELTON

## EXHIBIT AND WITNESS LIST

Case Number: CR 05-049ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | AUSA Adi Goldstein | William T. Murphy, Esq. |
| * TRIAL DATE (S) 4-day trial | COURT REPORTER | COURTROOM DEPUTY |
| 2/15/06 to 2/22/06 | Karen Zinni | John Duhamel |

Govt

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-1 KEITH DURKIN |
| | | | | | W-2 BRIAN COOGAN |
| | | | | | W-3 LORIAN VELOSO |
| | | | | | W-4 ANNA TROY |
| | | | | | W-5 EDUARDA SILVA |
| | | | | | W-6 CRAIG SROKA |
| | | | | | W-7 DONALD DEPINA |
| | | | | | W-8 SEAN SULLIVAN |
| | All govt exhibits | | | | W-9 JOHN ROSSI |
| 2/15/06 | full w/o objection | | | | |
| 1 | | 2.15.06 | | ✓ | Black Backpack |
| 2 | | ″ | | ✓ | Daisy Pellet Gun |
| 3 | | ″ | | ✓ | bandana |
| 4 | | ″ | | ✓ | knit cap |
| 5 | | ″ | | ✓ | sunglasses |
| 6A | | ″ | | ✓ | photo - US Currency |
| 6B | | ″ | | ✓ | photo - US Currency |
| 6C | | ″ | | ✓ | photo - US currency |
| 7A | | ″ | | ✓ | photo - Bank RI exterior |
| 7B | | ″ | | ✓ | photo - Bank RI exterior |
| 7C | | ″ | | ✓ | photo - Bank RI interior |
| 7D | | ″ | | ✓ | photo - Bank RI interior |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

* BENCH TRIAL
BENCH DECISION: 2/28/06

Page 1 of 3 pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Wayne Shelton | CASE NO. CR 05-049ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 8A | | 2-15-06 | | ✓ | photo - 87 Grove St. |
| 8B | | ″ | | ✓ | photo - mountain bike |
| 8C | | ″ | | ✓ | photo - mountain bike |
| 9A | | ″ | | ✓ | photo - 5 Henry St. |
| 9B | | ″ | | ✓ | photo - backpack |
| 9C | | ″ | | ✓ | photo - keys & phone |
| 10 | | ″ | | ✓ | Miranda Rights form |
| 11 | | ″ | | ✓ | photo array |
| 12A | | ″ | | ✓ | still - robbery video |
| 12B | | ″ | | ✓ | still - robbery video |
| 12C | | ″ | | ✓ | still - robbery video |
| 13 | | ″ | | ✓ | Compact disc - Bank RI surveillance video |
| 14 | | ″ | | ✓ | Stipulation - Det. Nelson |
| 15 | | ″ | | ✓ | Stipulation - Daniel Patenaude |
| 16 | | ″ | | ✓ | Certificate of FDIC Insurance |
| | A | ″ | ✓ | | Seizure Report 2/23/04 2 pages |
| | B | ″ | ✓ | | Seizure Report 2/23/04 1 page |
| | C | ″ | ✓ | | Seizure Report 2/28/04 1 page |
| 2/16/06 | → | → | | | W-10 WAYNE SHELTON |
| | 17A | 2-16-06 | ✓ | ✓ | tool bag |
| | 17B | ″ | | ✓ | bolt cutter |
| | 17C | ″ | | ✓ | hammer |
| | 17D | ″ | | ✓ | hacksaw |
| | 17E | ″ | | ✓ | crowbar |
| | 17F | ″ | | ✓ | rope |
| | 17G | ″ | | ✓ | work gloves |
| | 18 | ″ | ✓ | | Letter written by Shelton 6/14/05 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

USA vs. Wayne Shelton — CASE NO. CR 05-049ML

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 19 | | 2/16/06 | ✓ | | letter written by Shelton 6/18/06 |
| 2/21/06 → | | → | | | W-11 RONALD M. STEWART, M.D. |
| | M | 2·21·06 | ✓ | | Dr Stewart's resume |
| | D | " | ✓ | | Binder - records - St. Aloysius Home |
| | L | " | ✓ | | Dr. Stewart's report 12/18/05 |
| | F | " | ✓ | | Dr. Ryan's report |
| 20 | | 2·21·06 | ✓ | | report of Dr. Stewart (first report) |
| 21 | | " | ✓ | | Dr. Stewart's notes - 2 pages |
| 2/22/06 | | | | | Exam of W-11 (Stewart) resumes |
| | | | | | |
| | G | 2·22·06 | | ✓ | Certified docket sheet - State Court |
| | H | " | | ✓ | Certified docket sheet - State Court |
| | I | " | ✓ | | Certified transcript - State Court |
| | J | " | ✓ | ✓ | Certified order - return of goods |
| → | | → | | | W-12 RICHARD FREDERICK PH.D. |
| 22 | | 2·22·06 | ✓ | | CV of Richard Frederick, PH.D |
| → | | → | | | W-13 DAVID AZULAY |